81, 691-01

Court of Criminal Appeals
PO Box 12308
Capitol Station
Austin Tx 78711

December 22, 2014

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk

To Whom It Concerns,

My name is Geary Peters.
My case number is 12-09-14219 A.
I received a notice that my appeal had been denied, but I never was given a reason as to why. I would like to get an explination please.
Also, I would like to know if I'm allowed to re-file my appeal in light of the following, or if I'm only allowed to re-file with new evidence.

1) C.A.5 (Tex) 1999
Pro se Habeas petitions are construed liberally and are not held to the same stringent and rigorous standards as are pleadings filed by lawyers. Bledsoe V. Johnson, 188 F.3d 250

2) C.A.5 (Tex) 1955
Petitioner for Writ of Habeas Corpus who was not represented by counsel would not be held to niceties of pleading. Loper V. Ellis, 224 F.2d 901

3) N. D. Tex 1970.

Habeas Corpus applicant cannot be held to same standard of articulation as an attorney.

Henderson V. Beto, 309 F Supp. 244

I would very much appreciate it if you could clear up these two issues for me. Thank You for your time and consideration in these matters.

Respectfully,

Geary L. Peters

Geary Peters #1858522
Gist Unit
3295 FM 3514
Beaumont Tx 77705